# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TRACY A. CARPENTER,<br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner of<br>Social Security,<br>Defendant.[1] | ) Civil Action No.: 1:21-cv-00095<br>)<br>) District Judge<br>) Michael R. Barrett<br>)<br>)<br>) Magistrate Judge<br>) Stephanie K. Bowman<br>)<br>) |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), for further development of the record, including offering Plaintiff a new hearing.

Entered:

/s Michael R. Barrett
_____
HON. MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE

DATE: 10/8/2021

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).